# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Biodun Iginla

v.

Steven Saroff

Case No. Civil 01-2075 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's application to proceed without prepayment of fees is denied. 2. The action is dismissed without prejudice for lack of subject matter, jurisdiction.

DATE: December 7, 2001

FRANCIS E. DOSAL, CLERK

Cynthia J. Francis

Cynthia J. Francis, Deputy Clerk

5